IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER K. BLACKLOCK,

                **Petitioner,**

v.                                      CASE NO. 23-3253-JWL

DAN SCHNURR,

                **Respondent.**

## **MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Christopher K. Blacklock. After conducting the required preliminary review of the petition, the Court concluded that this matter was filed after the expiration of the one-year statute of limitations. (Docs. 3 and 5.) Petitioner argues that he is entitled to the actual innocence exception to the statute of limitations, so on January 31, 2024, the Court ordered Respondent to file a limited pre-answer response (PAR) addressing the actual innocence exception and its application in this matter. (Doc. 5.) Respondent timely filed the PAR and some of the relevant state court records on June 4, 2024. (Docs. 12 and 13.) He completed submission of the relevant state-court records on July 12, 2024. (*See* Docs. 14, 15, 16, 17, 18, and 19.)

Because Respondent contends that the actual innocence exception does not apply (*see* Doc. 12), Petitioner will be granted time in which to submit a reply to the PAR before the Court rules on whether the actual innocence exception applies in this matter to excuse the untimely filing of the petition.

**IT IS THEREFORE ORDERED THAT** Petitioner is granted to and including **August 19, 2024**, in which to file a written reply to the Pre-Answer Response if he wishes to do so. Upon

1

receipt of the reply or expiration of this deadline, the Court will rule on the applicability of the actual innocence exception and issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 17th day of July, 2024, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge