IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHRISTOPHER K. BLACKLOCK,**

                **Petitioner,**

      v.                                                        CASE NO. 23-3253-JWL

**DAN SCHNURR,**

                **Respondent.**

**MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Christopher K. Blacklock. Petitioner has filed his reply to the limited pre-answer response (PAR) related to his assertion of the actual innocence exception to the statute of limitations. (Doc. 21.) With his reply, Petitioner also filed multiple attachments and exhibits, including two letters to the Court. The Court enters this order to address the request for copies in one of the letters. (Doc. 21-2.) A substantive order on the actual innocence exception will be issued at a later date, after the Court has carefully reviewed and considered the parties' arguments, the state-court records, and the applicable law.

In a letter submitted with the reply, Petitioner asks the Court for a file-stamped copy of his reply, as well as file-stamped copies of "exhibits[, a]ffidavits, witness statements[,] police reports and trial transcripts," and "everything that [P]etitioner sent to the U.S. [D]istrict Court of Kansas in his defense." *Id.* at 1. Generally speaking, the Court requires 10 cents per page, paid in advance, for copies. If Petitioner seeks copies at his own cost, he may send a request for copies addressed to the clerk of court, identifying the specific documents he wishes to request. The clerk's office will determine the number of pages to be copied and provide petitioner with the total cost of the

1

requested copies. Petitioner must then make payment to the Court as directed by the clerk's office before the copies will be made and sent to Petitioner.

**IT IS THEREFORE ORDERED THAT** Petitioner's request for copies (Doc. 21-2) is denied without prejudice. The procedure for obtaining copies from the clerk's office is set forth in this order.

**IT IS SO ORDERED.**

DATED:   This 25th day of July, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum  
JOHN W. LUNGSTRUM  
United States District Judge