IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER K. BLACKLOCK,

Petitioner,

v.                                                                                    CASE NO. 23-3253-JWL

DAN SCHNURR,

Respondent.

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner and Kansas state prisoner Christopher K. Blacklock, who is currently incarcerated at Hutchinson Correctional Facility in Hutchinson, Kansas. It was dismissed as time-barred on August 15, 2024. (Doc. 23.) On August 27, 2024, Petitioner filed a notice of appeal (Doc. 25) and a motion for leave to appeal in forma pauperis (Doc. 26).

On August 28, 2024, this Court issued a memorandum and order directing Petitioner to show cause why the motion to proceed on appeal in forma pauperis should not be denied for failure to provide the information required by Federal Rule of Appellate Procedure 24(a). Specifically, Petitioner "has not stated the issues that he intends to present on appeal – in either his notice of appeal or in his motion to proceed in forma pauperis on appeal – as required." (Doc. 29, p. 2.) This deficiency left the Court unable to determine whether the appeal is being taken in good faith. *Id.* Petitioner was granted to and including September 15, 2024 to show cause why the motion to proceed on appeal should not be denied for this reason. *Id.* The Court provided Petitioner with the court-approved form for filing a motion for leave to appeal in forma pauperis. *Id.*

1

2

The deadline for Petitioner to respond has now passed and this Court has received nothing further from Petitioner. Accordingly, the motion for leave to appeal in forma pauperis will be denied. If Petitioner wishes to seek leave directly from the United States Court of Appeals for the Tenth Circuit to proceed on appeal in forma pauperis, he may do so as set forth in Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

**IT IS THEREFORE ORDERED THAT** the motion for leave to proceed on appeal in forma pauperis (Doc. 26) is **denied**. The Clerk is directed to transmit a copy of this order to the Tenth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED:   This 30th day of September, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge